<table>
<tr><td>1</td><td></td></tr>
</table>

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ALLEN VAN GESSEL, | No. 1:18-cv-01478-DAD-GSA (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF |
| DR. THOMAS MOORE, et al., | |
| Defendants. | (Doc. No. 13) |

Plaintiff Christopher Allen Van Gessel is a federal prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action brought pursuant to the decision in *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 29, 2019, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion for preliminary injunctive relief (Doc. No. 9) be denied. (Doc. No. 13.) Specifically, the magistrate judge found that the court lacks jurisdiction to issue the order sought by plaintiff. (*Id.* at 3.) Plaintiff was granted fourteen (14) days in which to file objections to the findings and recommendations. (*Id.*) Plaintiff has not filed objections, and the time to do so has since passed.

1

*/////*

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1.     The October 29, 2019 findings and recommendations (Doc. No. 13) are adopted in full; and

2.     Plaintiff's motion for preliminary injunctive relief (Doc. No. 9) is denied.

IT IS SO ORDERED.

Dated:     **January 13, 2020**                           _____
                                                          UNITED STATES DISTRICT JUDGE