UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ALLEN VAN GESSEL,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS MOORE, et al.,<br><br>Defendants. | 1:18-cv-01478-DAD-GSA-PC<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br>**(ECF No. 29.)**<br><br>**DEADLINE: THIRTY DAYS AFTER THE DATE THAT DEFENDANTS' MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT HAVE BEEN RESOLVED** |

Plaintiff, Christopher Allen Van Gessel, is a federal prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971) and the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346(b).

On July 9, 2020, Defendants filed a motion to dismiss (ECF No. 24) and a motion for summary judgment (ECF No. 25). On July 23, 2020, Plaintiff filed a motion for summary judgment. (ECF No. 26.) These motions are pending.

On August 10, 2020, Defendants filed an ex parte motion for extension of time to file an opposition to Plaintiff's motion for summary judgment. (ECF No. 29.) Defendants request that the deadline to file their opposition be extended to a date after the Court resolves Defendants' motion to dismiss (ECF No. 24) and motion for summary judgment (ECF No. 25). In the

alternative, Defendants request that the Court deny Plaintiff's motion for summary judgment without prejudice for failure to comply with the Federal Rules of Civil Procedure and the Court's Local Rules.  Defendants contend that Plaintiff's motion has not "identif[ied] each claim or defense – or the part of each claim or defense – on which summary judgment is sought," as required by Rule 56(a) of the Federal Rules of Civil Procedure.

     The Court finds good cause to grant Defendants' motion for extension of time. Accordingly, IT IS HEREBY ORDERED that Defendants are granted an extension of time until thirty days after the date that their pending motion to dismiss and motion for summary judgment have been resolved, in which to file an opposition to Plaintiff's motion for summary judgment.

IT IS SO ORDERED.

    Dated:   **August 13, 2020**                    **/s/ Gary S. Austin**
                                                                       UNITED STATES MAGISTRATE JUDGE