UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ALLEN VAN GESSEL,<br><br>  Plaintiff,<br><br>  vs.<br><br>THOMAS MOORE, et al.,<br><br>  Defendants. | **1:18-cv-01478-DAD-GSA-PC**<br><br>**ORDER FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S MOTION TO ADJUDGE THE PRISON LITIGATION REFORM ACT UNCONSTITUTIONAL (ECF No. 9.)**<br><br>**THIRTY-DAY DEADLINE** |

    Christopher Allen Van Gessel ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971) and the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346(b).  This action now proceeds with Plaintiff's First Amended Complaint against defendants Dr. Thomas Moore, Physician's Assistant Altuire, and Physician's Assistant Ballesil for inadequate medical care under the Eighth Amendment; and against defendant United States for medical malpractice claims under the FTCA.  (ECF No. 10.)

    On October 7, 2019, before Defendants appeared in this case, Plaintiff filed a motion to adjudge the Prison Litigation Reform Act (PLRA) unconstitutional.  (ECF No. 9.)  No opposition has been filed.  Hence, within thirty days, Defendants shall file a response to Plaintiff's motion.

Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of service of this order, Defendants shall file a response to Plaintiff's motion to adjudge the PLRA unconstitutional, which was filed on October 7, 2019.

IT IS SO ORDERED.

    Dated:   **October 29, 2020**                       **/s/ Gary S. Austin**
                                                                     UNITED STATES MAGISTRATE JUDGE